1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Adrian Watts, Jr.,                              No. 2:24-cv-02501-KJM-CKD

12                         Plaintiff,                 ORDER

13            v.

14    I.Q. Data International, Inc.,

15                         Defendant.

16

17         This is an action under the federal Fair Debt Collection Practices Act, the California

18    Consumer Credit Reporting Agencies Act, and the California Identity Theft Act. *See* Compl.

19    ¶¶ 65–76, ECF No. 1. Plaintiff filed this action in September 2024, ECF No. 1, and the court held

20    a scheduling conference and issued a pretrial scheduling order in December 2024, ECF No. 11.

21    About one month ago, counsel for plaintiff filed a notice of plaintiff's death under Rule 25. ECF

22    No. 20. The court issued a minute order directing the parties to meet and confer and file a joint

23    report "regarding the impact of the plaintiff's death and a reasonable time for a stay pending

24    plaintiff's widow's ability to consider a substitution of parties." ECF No. 21. The court directed

25    the parties to file a joint report stating their positions within thirty days. *Id.*

26         The parties filed their joint report as directed. ECF No. 22. Plaintiff's counsel requests a

27    two-year stay but believes a shorter stay "might also be reasonable given Defendant's

28    countervailing interests." *Id.* at 2. Defendant suggests a ninety-day stay in line with Rule 25, and

1

1   in any event requests that the court permit defendant to "secure any relevant documents Plaintiff's

2   counsel has that are responsive to its discovery requests and to seek discovery from third parties

3   while [it] await[s] Mrs. Watt's decision." *Id.* at 2–3.

4       Having reviewed the record and the parties' positions, the court orders as follows:

5       1.   This action is **stayed for 180 days** to permit plaintiff's widow and any other

6            appropriate person to consider a substitution of parties.  The stay will be lifted

7            automatically, without further court order, after the expiration of that period.

8       2.   Any request to extend the stay must be filed **at least 7 days** before the stay expires

9            and must be accompanied by a certification of counsel that the parties have met

10           and conferred regarding the same request.  The court will not extend the stay

11           absent a showing of good cause.

12      3.   Any motion to substitute under Federal Rule of Civil Procedure 25(a)(1) shall be

13           filed **no later than 30 days** after the expiration of the stay imposed in this order,

14           including any extensions to that stay.

15      4.   This order does not prohibit defendant from serving a request on plaintiff's

16           counsel for any relevant documents within the possession of plaintiff's counsel

17           while the stay is in place, but only inasmuch as those documents are responsive to

18           discovery requests that were pending at the time this order was filed.  Nor does

19           this order prohibit defendant from seeking discovery from any third party while

20           the stay is in place.

21   IT IS SO ORDERED.

22   DATED:  April 21, 2025.

23

UNITED STATES DISTRICT JUDGE