UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Watts, Jr., | No. 2:24-cv-02501-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| I.Q. Data International, Inc., | |
| Defendant. | |

On April 21, 2025, the court stayed this case until October 21, 2025, to provide an opportunity for plaintiff's widow or another appropriate person to move for substitution of the proper party in light of the plaintiff's death. *See* Fed. R. Civ. P. 25. No motion has been filed with the court. It appears to the court that the case therefore must be dismissed. The parties are ordered to show cause if any there be why the court should not dismiss this case, with any response to be filed by fourteen days from the date of this order.

SO ORDERED.

DATED: November 7, 2025.

UNITED STATES DISTRICT JUDGE

1