UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Watts, Jr., | No. 2:24-cv-02501-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| I.Q. Data International, Inc., | |
| Defendant. | |

On April 21, 2025, the court stayed this action for 180 days to permit plaintiff's widow and any other appropriate person to consider a substitution of parties. ECF No. 23. The stay was lifted automatically under the terms of the court's order on October 20, 2025. No substitution was made, and no party requested any other relief. The court then ordered the parties to show cause why this action should not be dismissed. ECF No. 24. Defendant filed a request to dismiss, and plaintiff's counsel moved to withdraw from the representation. ECF Nos. 25, 26.

Under Federal Rule of Civil Procedure 25, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a). "A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." *Id.* No motion for substitution

1 | has been filed here.  This action is therefore **dismissed**, and the motion to withdraw is **denied as**
2 | **moot**.
3 |       The Clerk's Office is directed to enter judgment and close the case.
4 |       IT IS SO ORDERED.
5 | DATED:  December 5, 2025.

_____
UNITED STATES DISTRICT JUDGE